IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAMPTON GARDEN ASSOCIATES** | : CIVIL ACTION |
| v. | : NO. 16-323 |
| **KEARNY BANK** | : |

## ORDER

**AND NOW**, this 29th day of June 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 27), Plaintiff's Opposition (ECF Doc. No. 29), Defendant's Reply (ECF Doc. No. 31) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for Summary Judgment (ECF Doc. No. 27) is **GRANTED** as there are no genuine issues of material fact precluding judgment as a matter of law against the Plaintiff on its breach of contract, statutory and common law fraud and alternative contractual theories.

KEARNEY, J.